IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**                                                                **PLAINTIFF**

v.                                       CIVIL ACTION NO.: 3:22-CV-00217-MPM-RP

**6805 HWY 305, LLC**                                             **DEFENDANT**

### DEFAULT JUDGMENT

On April 6, 2023, plaintiff Ben Weisfeld filed a motion [9] for default judgment in the above-entitled Americans With Disabilities ("ADA") action, which seeks injunctive relief and attorneys' fees based on defendant's alleged failure to make its gas station compliant with the ADA. [Complaint at 3]. Defendant has not responded in opposition to the motion, and this court concludes that it is well taken and should be granted.

It is therefore ordered that plaintiff's motion for default judgment is granted, and defendant is hereby ordered to "make the repairs and modifications necessary at the subject property to remove all barriers to entry as defined by the ADA and identified in Plaintiff's Complaint" and to pay Plaintiff's attorney fees and costs of $4,138.84.

This, the 13th day of February, 2024.

                                                   /s/Michael P. Mills
                                                   UNITED STATES DISTRICT JUDGE
                                                   NORTHERN DISTRICT OF MISSISSIPPI